**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
USAMAH SIDBERRY

<table>
<tr><td>Plaintiff,</td><td><u>**ORDER**</u></td></tr>
<tr><td>-against-</td><td>**25-CV-6948 (PAE) (JW)**</td></tr>
<tr><td>NEW YORK CITY *et al.*,</td><td></td></tr>
<tr><td>Defendant.</td><td></td></tr>
</table>

-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case was referred by Judge Engelmayer for General Pretrial on September 29, 2025.  Dkt. No. 11.  Judge Engelmayer issued an Order of Service, Order of Dismissal, and Valentin Order on September 26, 2025.  Dkt. No. 9.  The Court received a letter from Plaintiff on December 23, 2025, inquiring as to the Order of Service and Valentin Order.  Dkt. No. 12.

The Court has confirmed with the Clerk of Court that the DOC Defendants and New York City Law Department were not served.  The Clerk of Court is directed to notify the DOC and the New York City Law Department of this Order and Judge Engelmayer's September 26th Order.  The Court requests the following Defendants waive service of summons: City of New York; DOCD Commissioner Lynell Maginley-Liddie; OBCC Warden; West Facility Warden; Captains Montague, Willaims, Morales; and Correction Officers Ferraro, Rivera, Cutler, Bailey, Hyde, and High.

Per Judge Engelmayer's September 26th Valentin Order, the New York City Law Department shall ascertain the identity of the Jane Doe defendant and where

she may be served and provide this information to Plaintiff and the Court within 60 days of this Order.

Plaintiff is to file an amended Complaint naming Jane Doe Defendant within 30 days of receiving the identity and service address in compliance with Judge Engelmayer's September 26th Order.

SO ORDERED.

DATED:      New York, New York
            January 8, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge