UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
USAMAH SIDBERRY

                        Plaintiff,                   **ORDER**

         -against-                  **25-CV-6948 (PAE) (JW)**

NEW YORK CITY *et al.*,

                      Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

This action is scheduled for an initial case management conference, via Microsoft Teams, in accordance with Fed. R. Civ. P. 16 on **July 22, 2026 at 10:30 AM.**

It is hereby **ORDERED** that the Warden or other official in charge of the OTIS BANTUM CORRECTIONAL FACILITY produce plaintiff **Mr. Usamah Sidberry, Booking #1412402581**, on **July 22, 2026, no later than 10:30AM,** to a suitable location within the OTIS BANTUM CORRECTIONAL FACILITY that is equipped with a device that allows participation by video in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0244.

The Parties are directed to review Judge Willis's Individual Practices in Civil Cases. Plaintiff is directed to complete the Proposed Case Management Plan for Pro Se Plaintiffs and mail it to The Honorable Jennifer E. Willis, U.S. District Court, 40 Foley Square Room 425, New York, New York 10007 one week before the scheduled conference.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the OTIS BANTUM CORRECTIONAL FACILITY to arrange the video conference and forward the Microsoft Teams invite to the Facility; (3) complete the Proposed Case Management Plan For Pro Se Plaintiffs and e-mail it to WillisNYSDChambers@nysd.uscourts.gov, and (4) appear at the video conference with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

SO ORDERED.

DATED:    New York, New York
          May 15, 2026

                                        _Jennifer E. Willis_
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge

*December 2025*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------X
                                       :
                                       :     CIVIL ACTION NO.:
                                       :
                                       :
                                       :
                   Plaintiff,          :
                                       :
      against                          :
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
                   Defendant.          :
                                       :
                                       X
---------------------------------------
```

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1.  **Summary of Claims, Defenses, and Relevant Issues.**

    Plaintiff/Defendant (circle one)

    _____
    _____
    _____
    _____
    _____
    _____

2.  **I understand my obligation to and am preserving relevant information.**

Plaintiff/Defendant (circle one)

3.  **Proposed Schedule**

All discovery should be completed by _____

   a.   Depositions:  Depositions shall be completed by _____

   b.   Neither party may take more than _____ depositions.  Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

c.      Initial Requests for Documents must be made by _____.

d.      Responses to Requests for Documents must be made by
_____.

e.      Documents from third-parties (such as doctors) will/will not (circle one)
be required.  If required, the following are the third-parties from whom
Documents will be requested.

_____

_____

_____

_____

f.      Subpoenas requesting Documents from third-parties must be served by
_____.  Documents obtained from third-parties must be
provided to all parties in this matter.

g.      Privilege logs to describe the materials withheld on grounds of
privilege will be provided by_____

h.      There will/will not (circle one) be expert testimony in this case.  If expert
testimony will be needed, please describe the topic on which the
expert(s) is expected to testify

_____

_____

_____

## 4.  Early Settlement or Resolution

The parties have/have not (circle one) discussed the possibility of settlement.  The parties
request a settlement conference by no later than _____.  The following
information is needed before settlement can be discussed:

_____

_____

_____

## 5.  Other Matters

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the
Initial Case Management Conference.

_____

_____

_____

_____

Respectfully submitted this _____ day of _____ .

_____

Name

_____

Address

_____

Phone number

_____

Email

_____

Party representing (if applicable)