**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
USAMAH SIDBERRY

                            Plaintiff,                      **ORDER**

        -against-                    **25-CV-6948 (PAE) (JW)**

NEW YORK CITY *et al.*,

                         Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Due to a conflict, the initial case management conference is rescheduled to **July 30, 2026 at 10:30 AM**, via Microsoft Teams, in accordance with Fed. R. Civ. P. 16.

It is hereby **ORDERED** that the Warden or other official in charge of the OTIS BANTUM CORRECTIONAL FACILITY produce plaintiff **Mr. Usamah Sidberry, Booking #1412402581**, on **July 30, 2026, no later than 10:30AM,** to a suitable location within the OTIS BANTUM CORRECTIONAL FACILITY that is equipped with a device that allows participation by video in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0244.

The Parties are directed to review Judge Willis's Individual Practices in Civil Cases. Plaintiff is directed to complete the Proposed Case Management Plan for Pro Se Plaintiffs and mail it to The Honorable Jennifer E. Willis, U.S. District Court, 40 Foley Square Room 425, New York, New York 10007 one week before the scheduled conference.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the OTIS BANTUM CORRECTIONAL FACILITY to arrange the video conference and forward the Microsoft Teams invite to the Facility; (3) complete the Proposed Case Management Plan For Pro Se Plaintiffs and e-mail it to WillisNYSDChambers@nysd.uscourts.gov, and (4) appear at the video conference with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

SO ORDERED.

DATED:    New York, New York
May 28, 2026

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge

2