**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
USAMAH SIDBERRY

Plaintiff,

-against-

NEW YORK CITY *et al.*,

Defendant.
--------------------------------------------------------------X

**ORDER**

**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the City's letter identifying Jane Doe as Tara Asher NP. Dkt. No. 20. The Court requests Defendant Tara Asher waive service of summons. The Clerk of Court is directed to notify the DOC and the New York City Law Department of this Order.

SO ORDERED.

DATED: New York, New York
July 17, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge