**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
USAMAH SIDBERRY,

Plaintiff,

-against-

NEW YORK CITY et al.,

Defendant.
-------------------------------------------------------------

**ORDER**
**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

Should the Parties wish to schedule a settlement conference, the Parties are directed to contact chambers via email at WillisNYSDChambers@nysd.uscourts.gov to provide at least three mutually agreeable dates.

Parties must attend in person with their counsel. **The Parties should be prepared for the settlement conference to last all day.** Corporate Parties must send the person with decision-making authority to settle the matter to the conference.

The Parties **are required** to prepare pre-conference submissions to the Court ***ex parte***. These letters must be marked confidential and submitted **seven days prior to the date of the settlement conference.** The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov if emailed or can be mailed to the Court. This letter must not exceed three pages. The letter should include, at a minimum, the following: (a) the history of settlement negotiations, if any, including any prior offers or demands; (b) your evaluation of the settlement value of the case and the rationale for it; (c) any case law authority in support of your settlement position; and

(d) any other facts that would be helpful to the Court in preparation for the conference.")

Finally, should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay an award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to the settlement conference and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

SO ORDERED.

DATED: New York, New York
July 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge