**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
USAMAH SIDBERRY

Plaintiff,

-against-

NEW YORK CITY *et al.*,

Defendant.
---------------------------------------------------------------X

**ORDER**

**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held an initial case management conference today. As discussed at the hearing, the Court is setting discovery deadlines. The discovery deadlines are as follows:

- All discovery: **March 31, 2027**
- Depositions (10): **January 29, 2027**
- Initial requests for documents: **September 25, 2026**
- Responses to requests for documents: **November 13, 2026**
- Subpoenas to third parties: **December 11, 2026**
- Privilege logs: **November 20, 2026**
- Deadline to Amend: **October 30, 2026**

**The Clerk of Court is requested to mail a copy of this Order to Plaintiff at the address listed on the docket.**

SO ORDERED.

DATED: New York, New York
July 30, 2026

JENNIFER E. WILLIS
United States Magistrate Judge