**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
USAMAH SIDBERRY

Plaintiff,

-against-

NEW YORK CITY *et al.*,

Defendant.
---------------------------------------------------------------X

**ORDER**

**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 21, 2025, Plaintiff filed the Complaint in this case. Dkt. No. 1. In the Complaint, Plaintiff named fifteen Defendants and "all other unidentified correctional staff." Id. at 2-3. On September 26, 2025, Judge Engelmayer dismissed the claims against the New York City Department of Correction and the unidentified correctional staff. Dkt. No. 9 at 2. Judge Engelmayer also ordered the New York City Law Department ("Law Department") to ascertain the identity of the Jane Doe Defendant who Plaintiff sought to sue. Id. at 3. Additionally, Judge Engelmayer requested Defendants City of New York; DOC Commissioner Lynell Maginley-Liddie; OBCC Warden; West Facility 3 Warden; Captains Montague, Williams, and Morales; and Correction Officers Ferraro, Rivera, Cutler, Bailey, Hyde, and High waive service of summons. Id. at 2-3.

Following the Court's order, Defendants City of New York, Commissioner Lynell Maginley, Captain Montague, and C.O. Cutler waived service of summons. Dkt. Nos. 15-19. The waivers of service for the Warden of O.B.C.C., the Warden of West Facility, Captain Williams, Captain Morales, C.O. Ferraro, C.O. Rivera, C.O.

Bailey, C.O. Hyde, and C.O. High were returned unexecuted because the Department of Corrections was unable to identify them. Dkt. No. 14.

On March 9, 2026, the Law Department provided the identity of Jane Doe. Dkt. No. 20. On April 20, 2026, Plaintiff filed a First Amended Complaint ("FAC"), which included Defendant Tara Asher (formerly, Jane Doe), the four Defendants who waived service summons, the nine Defendants named in the Complaint who could not be identified, and eleven additional Defendants. Dkt. No. 24. The FAC did not provide additional identifying information for the nine Defendants who could not be identified. Id.

The Court has requested that Defendant Tara Asher waive service of summons, Dkt. No. 33, but has not yet requested that the eleven new Defendants waive service of summons. Accordingly, the Court requests that the following defendants waive service of summons: Assistant Commissioner West Facility Hossam Georgy, Assistant Warden West Facility Donald Harvey, Deputy Warden West Facility/O.B.C.C. Lisa Barnaby, Brian Payne # 140, Willy Reyes #9144, Christopher Tauber #4215, Yasmin Gonzalez #18265, Deputy Warden Keisha Parris #1344, Keisha Butler-Darby #511, James Irizarry #962, Harold Eatman #431. The Clerk of Court is directed to notify the DOC and the New York City Law Department of this order.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at the address listed on the docket.

SO ORDERED.

DATED: New York, New York
July 31, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge