**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
USAMAH SIDBERRY,

Plaintiff,

-against-

NEW YORK CITY et al.,

Defendant.
---------------------------------------------------------------X

**ORDER**
**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Under Valentin v. Dinkins, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). The New York City Department of Correction declined to waive service on behalf of former Deputy Warden Lisa Barnaby ("Barnaby"). (Dkt. No. 42). It is therefore ordered that the New York City Law Department, which is the attorney for and agent of DOC, must ascertain a residential address where Barnaby may be served. The Law Department is to file the address under seal within thirty days of this Order.

Pursuant to the electronic service agreement between the Court and the New York City Department of Correction, the Clerk of Court is directed to electronically notify the New York City Law Department and the New York City Department of Correction of this order.

SO ORDERED.

DATED: New York, New York
August 26, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge