This request for default is **DENIED** because the enumerated Defendants have not all been identified and served.

As set forth in the Court's order at Dkt. No. 59, the New York City Law Department shall identify the individuals based on the pleadings.

**SO ORDERED.**

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
September 22, 2026

RECEIVED
SDNY PRO SE
2026 SEP 14 A

Usamah Sidberry

against

City of New York, etal.,

REQUEST FOR DEFAULT

To: Clerk of the court for the Southern District of New York

You will please enter the default of the following Defendants: OBCC Warden, West Facility Warden, Captains Williams and Morales; and Correction Officers Ferraro, Rivera, Bailey, Hyde and High for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached declaration of Usamah Sidberry.

September 8, 2026

Usamah Sidberry 1412402581
R.N.D.C.
11-11 Hazen Street
East Elmhurst, N.Y. 11370

[signature]

Sworn to before me this [day] September 2026

RUTH MARCANO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6...
Qualified in ... County
My Commission Expires ...

Usamah Sidberry

against

City of New York, etal.,

25-CV-6948 (JW)

# DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

Plaintiff, Usamah Sidberry states:

1. I am the pro se Plaintiff in the above-entitled matter.
2. Defendants OBCC Warden, West Facility Warden, Captains Williams and Morales; and Correction Officers Ferraro, Rivera, Bailey, Hyde and High were served with a copy of the summons and complaint as appears from the proof of service on file.
3. Defendants have not filed or served an answer or taken other actions as may be permitted by law although more than 55 days have passed since the date of service.

Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

September 8, 2026

Usamah Sidberry 1412402581 [signature]

R.N.D.C.

11-11 Hazen Street

East Elmhurst, N.Y. 11370

Sworn to before me this [illegible] day of September 2026

[signature]

RUTH MARCIANO
NOTARY PUBLIC STATE [illegible]
No. 01MA[illegible]
Qualified in [illegible] County
My Commission Expires [illegible]

21

R.N.DC.
11-11 Hazen Street
East Elmhurst, N.Y. 1130
Usamah Sidberry

USM P3 SDNY

MID-ISLAND NY 117
9 SEP 2026 PM 1 L



RECEIVED
SDNY PRO SE OFFICE
2026 SEP 11 AM 11: 11

Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

Pro Se

RECEIVED
SEP 11 2026
CLERK'S OFFICE
S.D.N.Y.

10007$9999