**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

USAMAH SIDBERRY,

Plaintiff,

-against-

NEW YORK CITY et al.,

Defendant.

---------------------------------------------------------------X

**ORDER**
**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Under Valentin v. Dinkins, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). The New York City Department of Correction ("DOC") declined to waive service on behalf of Defendants: OBCC Warden, West Facility Warden, Captain Williams, Captain Morales, Correction Officer Ferraro, Correction Officer Rivera, Correction Officer Bailey, Correction Officer Hyde, and Correction Officer High. Dkt. No. 14.

Because Plaintiff's Amended Complaint supplies sufficient information to identify the Defendants listed above, it is hereby ordered that the New York City Law Department, which is the attorney for and agent of DOC, must ascertain the identities of the Defendants listed above and an address where each may be served.[1] The Law Department may indicate if they believe any of these Defendants have already been identified. The Law Department is to provide this information to the Plaintiff and the Court within thirty days of this order.

[1] In the alternative to providing addresses, the Law Department may indicate that DOC will accept service on the Defendants' behalf and file executed waivers of service.

Plaintiff must thereafter file a Second Amended Complaint fully identifying the defendants within thirty days of receiving this information. The Second Amended Complaint will replace, not supplement, the Amended Complaint at Dkt. No. 24. An amended complaint form is attached to this order. Once Plaintiff has filed the Second Amended Complaint, the Court will screen the filing and, if necessary for any Defendants, issue an order directing the Clerk of Court to submit to the U. S. Marshals Service all documents necessary to effect service.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on the docket. Pursuant to the electronic service agreement between the Court and the New York City Department of Correction, the Clerk of Court is further directed to electronically notify the New York City Law Department and the New York City Department of Correction of this order.

SO ORDERED.

DATED: New York, New York
September 22, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

________________________________________

________________________________________

Write the full name of each plaintiff.

No. _______________
(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes ☐ No

________________________________________

________________________________________

________________________________________

________________________________________

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: ______________________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name　　Middle Initial　　Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City　　State　　Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: ______________________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 2:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 3:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: ____________________________________________

Date(s) of occurrence: ____________________________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

____________________ ____________________

Dated Plaintiff's Signature

________________________________________

First Name Middle Initial Last Name

________________________________________

Prison Address

________________________________________

County, City State Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ________________