**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
USAMAH SIDBERRY,

Plaintiff,

-against-

NEW YORK CITY et al.,

Defendant.
-------------------------------------------------------------X

**ORDER**
**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has reviewed Plaintiff's letter at Dkt. No. 67 requesting an extension of time to submit his Second Amended Complaint ("SAC"). The extension request has already been **GRANTED** and is otherwise moot because of the Court's order at Dkt. Nos. 60, 66. Defendant provided the information identifying the Defendants on October 20, 2026 in their letter at Dkt. No. 64 ("Identification Letter"). It may take time for Plaintiff to receive all the filings in this case, because he is incarcerated and because there is always a lag with mail service.

However, the Court reassures Plaintiff that his deadline to file the SAC is ***not*** October 30. Rather, given the clear lags in service and receipt of Court filings, the Court will give Plaintiff 45 days from when he receives the Identification Letter to draft and mail his SAC.

The Court understands that his facility may need time to process and distribute mail to Plaintiff after filings arrive. This processing time will not be held against Plaintiff in determining any deadlines. To be clear, the SAC does not need to ***reach*** the Court 45 days after Plaintiff receives the Identification Letter. Rather,

Plaintiff should plan to mail the SAC out within 45 days of receiving the Letter. If Plaintiff feels additional time beyond this is needed for him to prepare and mail the SAC, the Court will consider that request.

SO ORDERED.

DATED: New York, New York
October 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge