**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
USAMAH SIDBERRY,

Plaintiff,

-against-

NEW YORK CITY *et al.*,

Defendant.
---------------------------------------------------------------X

**ORDER**
**25-CV-6948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter at Dkt. No. 69, informing the Court of the change in his address. The Court orders the following:

1. The Clerk of Court is respectfully directed to reflect Plaintiff's new mailing address on the docket. Based on a review of Plaintiff's letter and DOC's lookup information, this address is:

   Usamah Sidberry (1412402581)
   Rose M. Singer Enhanced Supervised Housing (RESH)
   19-19 Hazen Street
   East Elmhurst, NY 11370

2. In addition to this order, the Clerk of Court is respectfully directed to re-mail Dkt. Nos. 66 and 68 to Plaintiff at this new address. Because Plaintiff was moved to RESH as of October 21, 2026, the Court is not sure if these subsequent orders will be passed along to Plaintiff.

3. As reflected in other orders, which shall hopefully reach Plaintiff soon, the Court reassures Plaintiff that his deadline to file the SAC is ***not*** October 30. Dkt. Nos. 60, 66, 68. Rather, given the clear lags in service and receipt of Court filings, the Court will give Plaintiff 45 days from when he receives the City's Identification

Letter (Dkt. No. 66) to draft and mail his SAC. The Court understands that his current facility may need time to process and distribute mail to Plaintiff after filings arrive. This processing time will not be held against Plaintiff in determining any deadlines. To be clear, the SAC does not need to ***reach*** the Court 45 days after Plaintiff receives the Identification Letter. Rather, Plaintiff should plan to mail the SAC out within 45 days of receiving the Letter. The Court understands that outgoing mail may be delayed and will not hold that against Plaintiff. If Plaintiff feels additional time beyond this is needed for him to prepare and mail the SAC, the Court will consider that request.

SO ORDERED.

DATED: New York, New York
November 19, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge